1  Parker Ibrahim & Berg LLP
   BRYANT DELGADILLO (CA Bar No. 208361)
2  Bryant.Delgadillo@piblaw.com
   KAITLYN Q. CHANG (CA Bar No. 253289)
3  Kaitlyn.Chang@piblaw.com
   695 Town Center Drive, 16th Floor
4  Costa Mesa, California 92626
   Tel:  (714) 361-9550
5  Fax: (714) 784-4190

6  Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A. and FEDERAL
7  NATIONAL MORTGAGE ASSOCIATION

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10                 **SACRAMENTO DIVISION**

11

| 12  MARLON TAASAN and FEBES TAASAN, | **CASE NO.:** 2:18-cv-00698-WBS-EFB |
|---|---|
| 13                    Plaintiffs, | |
| 14  v. | **ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 15  JPMORGAN CHASE BANK, N.A., an | |
| 16  entity doing business in California, form unknown; FEDERAL NATIONAL | |
| 17  MORTGAGE ASSOCIATION (FANNIE MAE), and entity doing business in | |
| 18  California, form unknown; MTC FINANCIAL INC. dba TRUSTEE | |
| 19  CORPS., an entity doing business in California, form unknown; and DOES 1- | |
| 20  25, inclusive, | |
| 21                    Defendants. | |

22

23

24

25

26

27

28

---
                                1
                        **[PROPOSED] ORDER**

The court, having reviewed and considered the Joint Stipulation to Extend Time for defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae") (collectively "Defendants") to Respond to Plaintiffs' Complaint executed by and between counsel for plaintiffs Marlon Taasan and Febes Taasan and Defendants, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

    1. The deadline for Chase and Fannie Mae to respond to the Complaint is extended from April 5, 2018 to May 7, 2018.

**IT IS SO ORDERED.**

Dated: April 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE