**NELSON W. GOODELL, ESQ., SBN 264734**
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiffs
MARLON TAASAN and FEBES TAASAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARLON TAASAN and FEBES TAASAN,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., an entity doing business in California; FEDERAL NATIONAL MORTGAGE ASSSOCIATION (FANNIE MAE), an entity doing business in California, form unknown; TRUSTEE CORPS., INC. DBA TRUSTEE CORPS., an entity doing business in California, form unknown; and DOES 1 - 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00698-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF PREVIOUSLY SCHEDULED HEARING DATE CONCERNING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><u>Old Hearing</u><br><br>Date: July 23, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5<br><br><u>New Hearing</u><br><br>Date: August 20, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs MARLON TAASAN and FEBES TAASAN ("Plaintiffs") and Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS ("Defendant"), by and through their respective counsel of record, as follows:

**WHEREAS**, Plaintiffs' present counsel was substituted into this action on May 29, 2018;

**WHEREAS**, Plaintiffs filed a First Amended Complaint on May 29, 2018;

**WHEREAS**, Plaintiffs filed a Motion to Remand the present action back to Solano County Superior Court;

1

STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, Trustee Corps filed a Motion to Dismiss the Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; .

**WHEREAS**, legal counsel for the parties have met and conferred and agreed on a new hearing date in order to conserve our clients' resources pending additional briefing and argument pending the motion to remand.

**NOW, THEREFORE, ALL PARTIES STIPULATE AND RESPECTFULLY REQUEST OF THIS COURT AS FOLLOWS:**

1. The previously scheduled July 23, 2018 hearing date for Trustee Corps.' Motion to Dismiss shall be continued to August 20, 2018.

Dated: July 2, 2018        THE GOODELL LAW FIRM

*/s/ Nelson W. Goodell*
NELSON W. GOODELL
Attorney for Plaintiffs
MARLON TAASAN
FEBES TAASAN

Dated: July 2, 2018        BURKE, WILLIAMS & SORENSEN, LLP

*/s/ Martin Kosla*
MARTIN KOSLA
Attorney for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

# ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that:

The July 23, 2018 hearing on Plaintiffs' Motion to Remand (Docket #13), Defendants Chase and Fannie Mae's Motion to Dismiss (Docket #15) and Defendant MTC Financial's Motion to Dismiss (Docket #16) shall be continued to **August 20, 2018 at 1:30 p.m.** The Scheduling Conference is continued to **October 9, 2018 at 1:30 p.m.** A Joint Status Report shall be filed no later than **September 25, 2018**.

**IT IS SO ORDERED.**

**Dated: July 2, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE