Parker Ibrahim & Berg LLP
BRYANT DELGADILLO (CA Bar No. 208361)
Bryant.Delgadillo@piblaw.com
KAITLYN Q. CHANG (CA Bar No. 253289)
Kaitlyn.Chang@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARLON TAASAN and FEBES TAASAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., an entity doing business in California, form unknown; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), and entity doing business in California, form unknown; MTC FINANCIAL INC. dba TRUSTEE CORPS., an entity doing business in California, form unknown; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | **CASE NO.:** 2:18-cv-00698-WBS-EFB<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT HEARINGS RE: CHASE AND FANNIE MAE'S MOTION TO DISMISS; MTC FINANCIAL'S MOTION TO DISMISS; AND PLAINTIFFS' MOTION TO REMAND**<br><br>**DATE:**　August 20, 2018<br>**TIME:**　1:30 p.m.<br>**CTRM:**　5 |

The Court, having reviewed the motion of defendants JPMorgan Chase Bank, N.A. (erroneously sued as Chase Bank) ("Chase") and Federal National Mortgage Association ("Fannie Mae") (collectively "Defendants") to appear telephonically ("Motion to Appear Telephonically") at the hearings of Defendants Chase and Fannie Mae's Motion to Dismiss (Docket # 15); (2) Defendant MTC Financial's Motion to

Dismiss (Docket # 16); and (3) Plaintiffs' Motion to Remand (Docket #13), all scheduled for August 20, 2018, at 1:30 p.m. in Courtroom 5 ("Hearings") and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion to Appear Telephonically is granted.

**IT IS HEREBY ORDERED** Defendants may appear telephonically at the Hearings regarding Defendants Chase and Fannie Mae's Motion to Dismiss (Docket # 15); (2) Defendant MTC Financial's Motion to Dismiss (Docket # 16); and (3) Plaintiffs' Motion to Remand (Docket #13), on August 20, 2018, at 1:30 p.m. in Courtroom 5 of the above-entitled court, by and through their counsel Parker Ibrahim & Berg LLP, (714) 361-9550. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated: August 15, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE