# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARLON TAASAN and FEBES TAASAN,<br><br>    Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., an entity doing business in California; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), an entity doing business in California, form unknown; MTC FINANCIAL, INC. DBA TRUSTEE CORPS., an entity doing business in California, form unkown; and DOES 1-25, inclusive, ,<br><br>    Defendants. | Case No. 2:18-cv-00698-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT HEARING OF PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: August 20, 2018<br>Time: 1:30 p.m.<br>Ctrm.: 5<br><br>Action Filed: 2/9/18<br>Removed: 3/29/18<br>Trial Date: None<br><br>Judge: Hon. William B. Shubb |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4835-5182-9616 v1
06190-1559.001

2:18-CV-00698-WBS-EFB
[PROPOSED] ORDER

# ORDER

FOR GOOD CAUSE HAVING BEEN SHOWN, TRUSTEE CORPS' counsel's request to appear telephonically at the hearings of Plaintiffs MARLON TAASAN and FEBES TAASAN's Motion to Remand Motion to Remand (Doc. #13), TRUSTEE CORPS' Motion to Dismiss (Doc. # 16) and Defendants JP MORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION's Motion to Dismiss (Doc. #15) on August 20, 2018, at 1:30 p.m., is hereby GRANTED. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: August 17, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Richard J. Reynolds (SBN 89911)
E-mail: rreynolds@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS (erroneously named herein as MTC FINANCIAL, DBA TRUSTEE CORPS)

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4835-5182-9616 v1
06190-1559.001

2:18-CV-00698-WBS-EFB
[PROPOSED] ORDER

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

# CERTIFICATE OF SERVICE

Pursuant to L.R. 135, I certify that I am an employee of BURKE, WILLIAMS & SORENSEN, LLP, and that on **August 15, 2018**, I caused to be served a true copy of the

**DEFENDANT MTC FINANCIAL INC. DBA TRUSTEE CORPS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING OF PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

addressed to all parties and counsel as identified on the Court-generated Notice of Electronic Filing; all counsel being registered to receive CM/ECF Electronic Filing as follows:

- **Kaitlyn Q. Thinh** - kaitlyn.chang@piblaw.com, debra.miranda@piblaw.com
- **Nelson Wilson Goodell** - nelson@goodelllawsf.com
- **Richard J. Reynolds** - rreynolds@bwslaw.com, fcabezas@bwslaw.com, psoeffner@bwslaw.com, rjr-nef@bwslaw.com, tmims@bwslaw.com

I further certify that some of the participants in the case are not registered CM/ECF users and that I caused to be served a true copy of the above the listed document(s) by placing it/them in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Ana, California addressed as set forth below:

Bryant S. Delgadillo
Parker Ibrahim & Berg LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626

_____
Bernadette C. Antle

IRV #4835-5182-9616 v1
06190-1559.001

- 3 -

2:18-CV-00698-WBS-EFB
[PROPOSED] ORDER FAC